# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

OLEG ZHUIKO,

    Petitioner,

    v.

HERIBERTO TELLEZ, Warden,
Metropolitan Detention Center – Brooklyn;
ICE NEW YORK FIELD OFFICE DIRECTOR;
ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security,

    Respondents.

Case No. 25 CV 5713



RECEIVED
JUL 0 8 2025
PRO SE OFFICE

---

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

### INTRODUCTION

**COMES NOW**, Petitioner Oleg Zhuiko, A# 087-312-113, respectfully petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2241 ordering his immediate release from immigration detention because there is no significant likelihood of his removal in the reasonably foreseeable future, rendering his continued detention unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001). In the alternative, Petitioner requests a prompt bond hearing under *Black v. Decker*, 103 F.4th 133 (2d Cir. 2024).

### JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 2241 as Mr. Zhuiko is detained in the Southern District of New York at MDC Brooklyn. Venue is proper in this district.

## PARTIES

Petitioner Oleg Zhuiko is a native of Kazakhstan with a final order of removal. Respondent Heriberto Tellez is the Warden of MDC Brooklyn and Petitioner's immediate custodian. Respondent ICE New York Field Office Director oversees immigration detention decisions in this jurisdiction. Respondent Alejandro Mayorkas is Secretary of DHS.

## FACTUAL ALLEGATIONS

Mr. Zhuiko was previously detained by ICE (Immigration and Customs Enforcement) for 931 days from November 26, 2018, to June 14, 2021, when ICE attempted removal to Kazakhstan. During that detention the Petitioner discovered that Kazakhstan stripped him of his citizenship and subsequently refused to issue travel documents. As a result, ICE released him under supervision in June 2021[1].

Since his release, Petitioner has complied with all ICE reporting requirements. At his most recent check-in, despite Kazakhstan's continued refusal to issue travel documents, ICE re-detained him and placed him in custody at MDC Brooklyn, where he remains in custody.

Petitioner possesses official documents from the Government of Kazakhstan confirming that he is no longer a citizen, attached as Exhibit "B" with certified translation.

## LEGAL CLAIMS

### I. Violation of Due Process under Zadvydas v. Davis

Under *Zadvydas v. Davis*, 533 U.S. 678, 699-701 (2001), post-order detention is presumptively reasonable for six months. Thereafter, if removal is not likely in the reasonably foreseeable future, continued detention violates due process.

---

[1] See Exhibit "A" declaration of Petitioner.

Mr. Zhuiko's prior detention exceeds this period. There has been no intervening circumstances such as an arrest, and the Petitioner has complied with all terms of his supervision, yet ICE arrested and detained him when he reported for his supervision. The Petitioner's prior three years of detention should clearly be counted towards this Court's time calculations evaluating his due process right to be free from unreasonable detention. The idea that ICE can release someone under supervision after a Petitioner has shown that there is no reasonable likelihood of removal in the reasonably forceable future and then re-detain them at a later date for no apparent reason, and then the Court not consider the Petitioner's prior lengthy incarceration is clearly absurd. If this is allowed to happen, ICE could just release and re-detain individuals whenever they need to justify funding for bed space, or for whatever reason they choose.

In this case, Kazakhstan has not changed its refusal to issue travel documents, and Petitioner's re-detention is merely a continuation of his prior custody. Aggregating his prior and current detention, he has been held for years beyond the presumptively reasonable *Zadvydas* period.

Continued detention violates his Fifth Amendment substantive due process rights.

## II – Alternative Due Process Claim for Bond Hearing Under *Black v. Decker*

In the alternative, Petitioner's prolonged detention without a bond hearing violates due process under *Black v. Decker,* 103 F.4th 133 (2d Cir. 2024), which held that prolonged immigration detention requires a bond hearing at which the government bears the burden of proving dangerousness or flight risk by clear and convincing evidence.

## PRAYER FOR RELIEF

**WHEREFORE,** the Petitioner respectfully requests this Court to:

1. Issue a Writ of Habeas Corpus ordering his immediate release under appropriate supervision conditions; or

2. In the alternative, order that Petitioner be provided a prompt bond hearing before an immigration judge or this Court, at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or flight risk, consistent with *Black v. Decker,* 103 F.4th 133 (2d Cir. 2024);

3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Oleg Zhuiko #00225-506
Petitioner, Pro Se
MDC Brooklyn
P.O. BOX 329002
BROOKLYN, NY   11232

Dated: June 30, 2025

4

# EXHIBIT "A"

## Declaration of Petitioner Oleg Zhuiko

I, Oleg Zhuiko, declare under the penalty of perjury that the foregoing is true and correct:

1. My name is Oleg Zhuiko A# 087-312-113.

2. I was previously in Immigration and Customs Enforcement detention from November 26, 2018, to June 14, 2021, when ICE attempted my removal to Kazakhstan.

3. During my previous ICE detention I discovered that Kazakhstan stripped my citizenship, and that I was stateless.

4. After ICE could not obtain a travel document and it was shown that my removal was not likely in the reasonably foreseeable future I was released on supervision.

5. I complied with all provisions of my supervision.

6. I have not been arrested or accused of committing any crime while on ICE supervision.

Executed on June 30, 2025.

Oleg Zhuiko

**ҚАЗАҚСТАН
РЕСПУБЛИКАСЫНЫҢ
БАС КОНСУЛДЫҒЫ**

Нью-Йорк қаласы



**CONSULATE GENERAL
OF THE REPUBLIC
OF KAZAKHSTAN**

New York City

10017, АҚШ, Нью-Йорк штат, Нью-Йорк қаласы
5 авеню, 535, 19 қабат
Тел.: (646) 370-6331 · Факс: (646) 370-6334
E-mail: consulkzny@gmail.com · Website: www.kazconsulny.org

535 Fifth Avenue, 19ᵗʰ Floor
New York, NY 10017
Tel.: (646) 370-6331 · Fax: (646) 370-6334
E-mail: consulkzny@gmail.com · Website: www.kazconsulny.org

№_____                               «____» _____ 20___ г.

№ 280/09                                   «17» октября 2019 г.

## СПРАВКА

Настоящим подтверждается, что гражданин Жуйко Олег Николаевич, 22.08.1966 г.р., в соответствии со статьей 21 Закона Республики Казахстан «О гражданстве Республики Казахстан», утратил гражданство Республики Казахстан.

Вице-консул                                            А. Есентаева

Translation from Russian into English language

Official letterhead

## CONSULATE GENERAL OF REPUBLIC OF KAZAKHSTAN
## IN NEW YORK CITY

10017 AKSH, New York State,
City of New York
5th Avenue, 535, 19th floor
Tel: (646) 370-6631;  Fax: (646) 370-6334

535 Fifth Avenue, 19th floor
New York NY 10017
Tel: (646) 370-6631;  Fax: (646) 370-6334
Website:  222.kazconsulny.org

№ _____

" _____ " _____ 20

# 280/09

October 17, 2019

## CERTIFICATION

This letter is to confirm that ZHUIKO, Oleg NIKOLAVICH, Date-of-Birth August 22, 1966, does not have citizenship of republic of Kazakhstan any loger, in accordance with the Article #21 of the Law of Republic of Kazakhstan "On Citizenship of Republic of Kazakhstan"

Vice Consul                Signature        A. Esentaeva

OFFICIAL SEAL OF THE CONSULATE

---

*I, Irina Krymskaya, being fully qualified in translations from Russian into English, certify that the above is a true and complete translation of the Russian-language document hereto-attached*

*Irina Krymskaya*
*H.T.A., Inc*
*8510 Bustleton Avenue*
*Philadelphia, PA 19152*
*(215) 745-9225*

Sworn to and Subscribed before Me
This 23RD Day of December 2019

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lyudmila, Kotyk, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires April 24, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



USPS TRACKING® #

9505 5141 5032 5181 5780 32

PRIORITY
MAIL

PRESS FIRMLY

Oleg Zhuiko #00225-506
Petitioner, Pro Se
MDC Brooklyn
P.O. BOX 329002
BROOKLYN, NY 11232

RECEIVED
JUL - 7 2025
CLERK'S OFFICE
S.D.N.Y.

Clerk of Court
500 Pearl St,
New York, NY 10007

RECEIVED PRO SE OFFICE SDNY
JUL 08 2025

USPS.COM/PICKUP